**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: STEPHEN W BOYD § 3:13-MC-00117-P

## ORDER

On November 21, 2014, the State Bar of Texas disbarred Stephen W Boyd ("Counsel") from practicing law in the Texas state courts. On January 14, 2015, pursuant to Local Civil Rules 83.8(a) and (h) and Local Criminal Rules 57.8(a) and (h), this Court issued an order notifying Counsel that it intended to impose reciprocal action in this Court unless Counsel shows cause why such discipline should not be imposed. Counsel did not respond to the notice.

Therefore, Counsel is permanently disbarred from the practice of law in the United States District Court for the Northern District of Texas, effective November 21, 2014.

SO ORDERED, this 18th day of February, 2015.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE